**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Legal Eagle, LLC
_____
    **Plaintiff,**

    **v.**

NARA
_____
    **Defendant.**

\*
\*
\*
\*
\*

Case No. 26-847
_____

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☑ I certify, as party/counsel in this case that Legal Eagle, LLC
_____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                          (state of citizenship)

_____          _____
(name of member)                                          (state of citizenship)

_____          _____
(name of member)                                          (state of citizenship)

_____          _____
(name of member)                                          (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship
on a separate sheet of paper.

3/1/26
_____
Date

/s/ Kel McClanahan
_____
Signature

Kel McClanahan, MD Bar #31832
_____
Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852
_____
Address

Kel@NationalSecurityLaw.org
_____
Email address

501-301-4672
_____
Telephone number

240-681-2189
_____
Fax number

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Legal Eagle, LLC                        *
_____
      **Plaintiff,**

                    *

      **v.**                              **Case No.** 26-847
                                     _____

NARA                                    *
_____
      **Defendant.**                        *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that National Security Counselors, Inc.
_____
                               (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
                                                    (name of party)

_____.
                             (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                   (names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

3/1/26
_____
Date

/s/ Kel McClanahan
_____
Signature

Kel McClanahan, MD Bar #31832
_____
Printed name and bar number

1451 Rockville Pike, Suite 250, Rockville, MD 20852
_____
Address

Kel@NationalSecurityLaw.org
_____
Email address

501-301-4672
_____
Telephone number

240-681-2189
_____
Fax number