**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | * * * * * * * * * * * | Civil Action No. 8:26-cv-00847 (TDC) |

* * * * * * * * * * * * *

**PROOF OF SERVICE**

Plaintiffs attach Proof of Service for Defendant National Archives and Records Administration ("NARA").

Plaintiffs provide the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

9589071052702743015331 – U.S. Attorney for the District of Maryland

9589071052702743015348 – U.S. Attorney General

9589071052702743015331 – NARA

Accordingly, service was effected 11 March 2026.

Date: March 12, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
MD Bar #31832
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

ALERT: SEVERE WEATHER IN THE PACIFIC NORTHWEST, GREAT LAKES, AND SOUTHERN ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702743015348

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:44 am on March 11, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 11, 2026, 4:44 am

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Remove ✕

**Tracking Number:**

# 9589071052702743015331

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:27 pm on March 9, 2026 in COLLEGE PARK, MD 20740.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

COLLEGE PARK, MD 20740
March 9, 2026, 1:27 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**See More**

**Remove ✕**

**Tracking Number:**

# 9589071052702743015324

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:53 pm on March 11, 2026 in BALTIMORE, MD 21201.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

BALTIMORE, MD 21201
March 11, 2026, 12:53 pm