**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

|  |  |
|---|---|
| LEGAL EAGLE, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ARCHIVES AND <br> RECORDS ADMINISTRATION, <br><br> Defendant. | No. 8:26-cv-847-TDC |

**DEFENDANT'S CONSENT MOTION TO EXTEND RESPONSE DEADLINE**

Defendant National Archives and Records Administration respectfully moves for an order extending Defendant's deadline to respond to the complaint to Monday, May 4, 2026. Plaintiffs consent to this relief.

Dated: April 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Winston Shi*
WINSTON SHI (NY Bar No. 5747068)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 880-0387
Email: winston.g.shi@usdoj.gov

*Counsel for Defendant*