**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>          Defendant. | No. 8:26-cv-847-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Extend Response Deadline, and the entire record herein, it is hereby **ORDERED** that Defendant's deadline to respond to the complaint is extended to May 4, 2026.

**SO ORDERED.**

_____
Theodore D. Chuang
United States District Judge

Dated: _____