**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

LEGAL EAGLE, LLC, *et al.*,

            Plaintiffs,

   v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

            Defendant.

No. 8:26-cv-847-TDC

## ORDER

Upon consideration of Defendant's Consent Motion to Extend Response Deadline, and the entire record herein, it is hereby **ORDERED** that Defendant's deadline to respond to the complaint is extended to May 4, 2026.

**SO ORDERED.**

                                        Theodore D. Chuang
                                        United States District Judge

Dated: _4/13/26_