# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| LEGAL EAGLE, LLC, *et al.*, | |
| Plaintiffs, | No. 8:26-cv-371-TDC |
| | No. 8:26-cv-847-TDC |
| v. | No. 8:26-cv-920-TDC |
| | No. 8:26-cv-1214-TDC |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | |
| Defendant. | |

## ORDER

Upon consideration of Defendant's Consent Motion to Consolidate Cases for Purposes of Rule 12 Motion, and the entire record herein, it is hereby **ORDERED** that the four above-captioned cases are consolidated for purposes of Defendant's forthcoming Rule 12 motion.

**SO ORDERED.**

Theodore D. Chuang
United States District Judge

Dated: **5/4/2026**